IN THE UNITED STATES DISTRICT COURT
EASTERN SECTION OF TENNESSEE

AXIS DYNAMICS, INC. and
WENDY ROSE,

    Plaintiffs,

v.
                                                               Civil Action No.: 3:24-cv-329
                                                              JURY DEMANDED

KNOX COUNTY, TENNESSEE,
JUDGE WILLIAM T. AILOR,
FIRST U.S. BANK, A. Reece Brassler,
Issaac W. Wrestling and other Defendants not yet known
who may joined with these Defendants to deprive the
the Plaintiffs of their constitutional rights cited herein,

    Defendants.

## MOTION TO STRIKE DEFENDANT FIRST US BANK'S RESPONSE TO MOTION FOR EXPEDITED DISCOVERY AND FOR THE COURT TO RULE ON MOTION TO DISQUALIFY COUNSEL

Comes now Plaintiffs, Axis Dynamics, Inc. (hereinafter "Axis") and Wendy Rose through counsel under Federal Rules of Civil Procedure 12 (f) for the Court to strike Defendant First U.S. Bank's (hereinafter "FUSB") Motion in Response to Plaintiffs motion for Expedited Discovery, [Doc., 28], FUSB's motion is immaterial, impertinent and scandalous.

Plaintiffs would request the Court Strikes the Defendants Response:

1. Both the Motion to Disqualify Attorney Isacc Westling, [Doc., 13], and the Motion to Stay Briefing on Co-Defendant FUSB Motion to Dismiss, Until Such Time That This Court Rules on the Plaintiffs' Motion to Disqualify Counsel, As Well as Request for Additional Time to Respond were filed and Doc. 14.

2. Defendant FUSB does not have a dog in this fight and as the newly named Defendant, Westling, did in the state court action he now attempts to intervene to defraud and

collude with both Defendants, Knox County, Tennessee and Judge William T. Ailor against the Plaintiffs. Doc. 29. (Amended Complaint)

3. Defendant Westling under color of law conspired with Defendant's Knox County and Judge William Ailor to deprive the Plaintiffs of due process under the Fourteenth Amendment of the U.S. Constitution. Doc. 29, PageID #'s: 370, 371.

4. Defendant Westling has admitted to having multiple *ex parte* hearings with Defendant Ailor, [Doc. 1, Exh. A], further during the state underlying action and after Plaintiffs had filed the underlying Complaint with this Court, Defendant Westling stated the following;

> "Well, you've dismissed us. I guess we're right now in this position that everything Mr. Brassler here - - we'd echo it, emphasizing the frivolous nature of a federal lawsuit against our client and the Court and the County."

Doc. 29, PageID #: 377.

Respectfully submitted,

s/Russ Egli
Russ Egli, BPR#24408
The Egli Law Firm
Attorney for the Plaintiff
11109 Lake Ridge Drive, FL3
Knoxville, TN 37934
865-304-4125
theeglilawfirm@gmail.com

## ECF CERTIFICATE OF SERVICE

I the undersigned authority have sent a true and accurate copy of the foregoing Motion for an extension of time and to stay has been sent to all counsel of record herein through this Court's electronic filing system.

s/Russ Egli
Russ Egli, BPR#24408
The Egli Law Firm
Attorney for the Respondent
